## 50263. LINDSEY et al. v. THE STATE.

PANNELL, Presiding Judge.

The defendants were tried and convicted of the offense of shoplifting. Their appeal to this court is based solely on the grounds that the evidence was insufficient to support the verdict against them. *Held:*

The evidence was amply sufficient to sustain the conviction although there was some discrepancy in the testimony of some of the state's witnesses.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

ARGUED FEBRUARY 4, 1975 — DECIDED FEBRUARY 19, 1975.

*Kennedy, Bussey, Sampson & Spaulding, Benjamin W. Spaulding,* for appellants.

*John T. Strauss, District Attorney,* for appellee.